[No. 10753–1–III. Division Three. June 6, 1991.]

L.W. WEIDERT FARMS, INC., *Respondent,* v. CUBBY ENTERPRISES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 87–2–00282–0, Yancey Reser, J., entered March 29, 1990. *Affirmed in part* and *reversed in part* by

unpublished opinion per Thompson, J., concurred in by Green, C.J., and Shields, J.